Thomas M. Olejniczak
Frederick L. Schmidt
R. George Burnett
Gregory A. Grobe
Tori L. Kluess
Robert M. Charles
Brick N. Murphy
Jodi Arndt Labs
David H. Weber
Ross W. Townsend
Kurt A. Goehre
James M. Ledvina
Steven J. Krueger
Robert R. Gagan
Matthew M. Van Nuland
Laura J. Beck
Jill J. Ray
Joshua M. Koch
John M. Calewarts
Bryant M. Dorsey
Laina P. Stuebner
Maxwell R. Krenke
Shane A. Anderson



# Law Firm of
# CONWAY, OLEJNICZAK & JERRY, S.C.

Since 1976

Retired:
J. Michael Jerry

Gregory B. Conway
1944-2017 (Founder)

Telephone: (920) 437-0476

Facsimile: (920) 437-2868

gb@lcojlaw.com
www.lcojlaw.com

June 10, 2021

Honorable William C. Griesbach
U.S. District Court Eastern District
Green Bay Division
125 S. Jefferson Street
Green Bay, WI 54301

Re: Estate of David L. Teteak vs. County of Marinette, et al.
Case No. Case No. 18-CV-667

Dear Judge Griesbach:

Please allow this letter to confirm for the Court that this matter has settled. I expect the closing and dismissal papers will be circulated shortly and an appropriate stipulation will reach the Court soon.

Thank you very much.

Very truly yours,

**LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.**

By: _____
George Burnett

GB:jf: 3844661
cc: Attorney Steven C. McGaver, Crivello Carlson S.C.
Attorney Samuel C. Hall, Jr., Crivello Carlson, S.C.
Attorney John J. Reid, Cassiday Schade, LLP
Attorney Sara C. Mills, Crivello Carlson, S.C.
Attorney R. Fletcher Koch, Cassiday Schade, LLP
Attorney Ronald E. Neroda, Cassiday Schade, LLP
Attorney Matthew H. Weller, Cassiday Schade, LLP

231 South Adams Street • Green Bay, WI 54301
P.O. Box 23200 • Green Bay, WI 54305-3200 • Phone: 920.437.0476 • Fax: 920.437.2868
www.lcojlaw.com

Case 1:18-cv-00667-WCG   Filed 06/10/21   Page 1 of 2   Document 140

bcc: Nancy Teteak
     Attorney John R. Petitjean, Hinkfuss, Sickel, Petitjean & Wieting
     Derick Teteak